UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DROBOT, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and MINTZ, LEVIN, COHN, )<br>FERRIS, GLOVSKY AND POPEO, )<br>PC LONG TERM DISABILITY )<br>PLAN, )<br>)<br>    Defendants ) | Civil Action No. 05-10965 GAO |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

    John J. Aromando
    Pierce Atwood LLP
    One Monument Square
    Portland, ME 04101
    (207) 791-1100

DATED: 6/7/05

_____
John J. Aromando, BBO #545648
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendants

{W0360613.1}