UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DROBOT, )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and MINTZ, LEVIN, COHN, )<br>FERRIS, GLOVSKY AND POPEO, )<br>PC LONG TERM DISABILITY )<br>PLAN, )<br>)<br>  Defendants ) | Civil Action No. 05-10965 GAO |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: 6/7/05

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0360624.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA  02108

DATED: 6/7/05

John J. Aromando, BBO #545648

{W0360624.1}