UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DROBOT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and MINTZ, LEVIN, COHN, )<br>FERRIS, GLOVSKY AND POPEO, )<br>PC LONG TERM DISABILITY )<br>PLAN, )<br>)<br>Defendants ) | Civil Action No. 05-10965 GAO |

## ASSENTED-TO MOTION FOR ENLARGEMENT
## OF TIME TO FILE RESPONSIVE PLEADING

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including August 1, 2005.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to August 1, 2005, within which to respond to Plaintiff's Complaint.

{W0374036.1}

DATED: July 14, 2005

_____
Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0374036.1}

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street
> Boston, MA 02108

DATED: July 14, 2005

_____
Geraldine G. Sanchez

{W0374036.1}