UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DROBOT,<br><br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-10965 |

**JOINT STATEMENT REGARDING PRETRIAL MATTERS**

Pursuant to Local Rule 16.1, the Defendants Unum Life Insurance Company of America, UnumProvident Corporation and the Mintz Levin Cohn Ferris Glovsky and Popeo PC Long Term Disability Plan ("Plan") (hereinafter collectively referred to as "Defendants") and Robin Lewis (hereinafter "Plaintiff") file this Joint Statement Regarding Pretrial Matters.

**Proposed Discovery Plan and Schedule for Motions**

a. Motions to join additional parties and to amend the pleadings must be filed by **November 18, 2005**.

b. The Defendants agree to provide the Plaintiff with a complete copy of the Proposed Record for Judicial Review by **November 18, 2005**.

c.  Upon receiving the Proposed Record, the Plaintiff shall review the documents submitted as part of the record and identify those documents containing information that must be redacted or filed under seal pursuant to Rule 5.3 of this Court's Rules (amendment effective May 6, 2003).  Plaintiff shall bear sole responsibility for identifying information that must be redacted or filed under seal pursuant to Rule 5.3.  Plaintiff shall notify Defendants' counsel in writing by **December 2, 2005** providing a list of all information it seeks to redact, or file under seal pursuant to Local Rule 5.3.  If the Defendants object to the redaction or filing under seal of any of the information Plaintiff proposes to redact or file under seal, the parties shall confer in an attempt to resolve those issues.  If the issues cannot be resolved, either party may file a motion on or before **December 23, 2005** with the Court seeking a ruling on any such issue.  Alternatively, either party may file a motion to seal the entire Record for Judicial Review, on or before **December 23, 2005**.

d.  If the Plaintiff claims that any of the record is incomplete or inaccurate in any way, he must notify the Defendants' counsel in writing of the same by **December 2, 2005**.  If the Plaintiff does not provide such notice by **December 2, 2005**, then the Defendants shall file with the Court each of the documents served on Plaintiff entitled as "Agreed to Record for Judicial Review."  If the Plaintiff does provide such notice, then the parties must then confer in an attempt to ascertain an Agreed To Record for Judicial Review by **December 16, 2005**.  If the parties come to an agreement, they are to immediately file an "Agreed To Record For Judicial Review."  To the extent the parties disagree concerning the proper contents of the record for judicial review, Plaintiff shall file a motion concerning any additional material they seek to have

2

added to the record for judicial review by **December 23, 2005**. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

e. If any party proposes that it is entitled to any discovery, to constitute or supplement the Record For Judicial Review, it must file with the Court a motion showing good cause for the party's entitlement to such discovery. Any motions seeking leave to conduct discovery must be filed by **December 23, 2005 with a copy of the proposed discovery request attached thereto**. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

f. Any party filing a Motion for Judgment on Stipulated Record shall do so two months after the Court rules on any outstanding motions regarding the scope of the administrative record or discovery.

g. Any party filing an Opposition to a Motion for Judgment on Stipulated Record shall do so thirty days (30 days) following receipt of the Motion for Summary Judgment.

### Trial by Magistrate

The parties do not wish to seek trial before a Magistrate Judge.

### Certification Pursuant to LR, D.Mass.16.1

The parties' certifications will be filed under separate cover.

### Settlement

The Plaintiff has submitted a settlement offer to the Defendants pursuant to Rule 16.1(C). The parties are engaged in discussions regarding this offer.

Respectfully submitted,

By:   /s/ Mala M. Rafik              By:   /s/ Geraldine G. Sanchez (MMR)

    Attorney for the Plaintiff        Attorney for the Defendants
    Mala M. Rafik                     Geraldine G. Sanchez
    BBO No. 638075                    Admitted Pro Hac Vice
    ROSENFELD & RAFIK, P.C.           PERCE ATWOOD
    44 School Street, Suite 410      One Monument Square
    Boston, MA 02108                  Portland, ME  04101
    (617) 723-7470                    (207) 791-1332

Date:   September 30, 2005