UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN DROBOT,                      )
                                 )
       Plaintiff                 )
                                 )
v.                               )   Civil Action No. 05-10965 GAO
                                 )
UNUM LIFE INSURANCE              )
COMPANY OF AMERICA,              )
UNUMPROVIDENT CORPORA-           )
TION and MINTZ, LEVIN, COHN,     )
FERRIS, GLOVSKY AND POPEO,       )
PC LONG TERM DISABILITY          )
PLAN,                            )
                                 )
       Defendants                )

**DEFENDANTS' CERTIFICATION OF CONFERENCE**

The undersigned certify that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

DATED: October 19, 2005

_____
Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
gsanchez@pierceatwood.com

*Attorneys for Defendant*

{W0401085.1}

DATED: 10/18/05

[signature]
Mary Elizabeth Fougère
Assistant Vice President & Litigation Counsel
UnumProvident Corporation
2211 Congress Street
Portland, ME 04122

{W0401085.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight delivery, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA 02108

DATED:   October 19, 2005

*Geraldine G. Sanchez*

{W0401085.1}