# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DROBOT,<br><br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-10965 |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), the parties to the above-mentioned matter, Unum Life Insurance Company of America, UnumProvident Corporation and the Mintz Levin Cohn Ferris Glovsky and Popeo PC Long Term Disability Plan ("Plan") (hereinafter collectively referred to as "Defendants") and Ann Drobot (hereinafter "Plaintiff") jointly move to modify the pre-trial schedule established by the Court during the October 25, 2005 Scheduling Conference.  Specifically, the parties request that the Court extend the briefing regarding discovery, the scope of the administrative record and the redaction of documents by three weeks, from December 23, 2005, to January 13, 2006, to permit the parties to attempt settlement of this matter.

As grounds for this motion, the parties state as follows:

1) The parties underwent mediation on December 12, 2005 in an attempt to resolve this matter. The parties made strides toward settling this matter, and wish to continue discussions over the upcoming weeks.

2) The upcoming holiday schedules of several of the parties involved in attempting resolution of this matter require the parties to request additional time to engage in settlement negotiations.

3) Resolution of this matter will negate the need for costly briefing, if successful;

4) The parties have agreed to engage in a good faith attempt to resolve this matter;

5) All parties agree to this schedule; and

6) None of the parties will be prejudiced if the schedule is approved.

WHEREFORE, the parties request that this motion be granted.

Respectfully submitted,

By: /s/ Mala M. Rafik             By: /s/ Geraldine G. Sanchez (MMR)

Attorney for the Plaintiff          Attorney for the Defendants
Mala M. Rafik                       Geraldine G. Sanchez
BBO No. 638075                      Admitted Pro Hac Vice
ROSENFELD & RAFIK, P.C.             PERCE ATWOOD
44 School Street, Suite 410         One Monument Square
Boston, MA 02108                    Portland, ME 04101
(617) 723-7470                      (207) 791-1332

Date: December 22, 2005